| | |
|---|---|
| District Court, El Paso County, Colorado<br>270 S. Tejon St<br>Colorado Springs, CO 80903 | DATE FILED: January 31, 2023 8:51 AM<br>FILING ID: A4E28E14CC304<br>CASE NUMBER: 2023CV30166 |
| Plaintiff(s): Christopher Anthony Schmidt<br><br>v.<br><br>Defendant(s): Experian Information Solutions, Inc.; Equifax Information Services, LLC; Trans Union, LLC | ▲   ▲<br>**COURT USE ONLY** |
| Attorney for Plaintiff:<br>Matthew R. Osborne #40835<br>11178 Huron Street, Suite 7<br>Northglenn, CO 80234<br>Phone Number: 303-759-7018<br>E-mail: matt@mrosbornelawpc.com | Case Number:<br><br><br>Division    Courtroom |

**COMPLAINT**

1. Plaintiff is an individual consumer who resides at 6440 Delmonico Drive, Colorado Springs, CO 80919.

2. Defendant Equifax Information Services, LLC ("Equifax") is a limited liability company, located at 1550 Peachtree St NW, Atlanta, GA 30309.

3. Defendant Experian Information Solutions, Inc ("Experian") is a corporation, located at 475 Anton Boulevard, Cost Mesa, CA 92626.

4. Defendant Trans Union, LLC ("Trans Union") is a limited liability company, located at 555 W Adams St, Chicago, IL 60661.

5. In February 2022, Bellco Credit Union ("Bellco") falsely reported Plaintiff as 30 days late.

6. Plaintiff complained to Bellco, and on April 19, 2022, Bellco emailed Plaintiff and said "We have researched your dispute and have determined a correction of the information provided to the major credit reporting agencies is warranted…. An update has been sent to the credit bureaus to correct the inaccurate information. Although this request has been submitted

electronically, please allow up to 30-60 days for the credit bureaus to apply the update to your credit profile."

7. When a data furnisher, such as Bellco, submits a correction to the Defendants, they use a form called an AUD or UDF to request that the Defendants either delete or modify information on a tradeline.

8. For reasons that are unknown to Plaintiff at this time, his credit report with the Defendants did not get corrected, even though Bellco informed Plaintiff that they did in fact ask the Defendants to fix it.

9. After Plaintiff got nowhere with disputing directly with Bellco, he disputed multiple times with the Defendants.

10. Each time Defendants received a dispute from the Plaintiff about the Bellco account, they outsourced the "reinvestigations" to the low wage operations center(s) overseas, where workers are expected to crank out "reinvestigations" in a factory line fashion, with the emphasis on quantity as opposed to quality.

11. Defendants trained their overseas workers not to review and consider any proof documents sent by the consumer, and instead to simply send the data furnisher a 3-digit code via the e-Oscar system, which are as follows:

| CODE | DESCRIPTION |
|---|---|
| 001 | Not his/hers. Provide or confirm complete ID. |
| 002 | Belongs to another individual with same/similar name. Provide or confirm complete ID (including Social Security Number, Date of Birth, Generation Code, etc.) |
| 006 | Not aware of collection. Provide or confirm complete ID and verify Account Status, Payment Rating, Account History, Original Creditor Name and Creditor Classification. |
| 008 | Late due to change of address - never received statement. Verify Account History, Account Status, and Payment Rating. |
| 010 | Settlement or partial payments accepted. Verify current Account Status, Payment Rating, Special Comment Code, Account History, and Current Balance. |
| 012 | Claims paid the original creditor before collection status or paid before charge-off. Verify Account Status, Payment Rating, Current Balance, Amount Past Due and Account History, Last Payment Date. |
| 014** | Claims paid before collection status |
| 015 | Credit Limit and/or High Credit amount incorrect. |
| 019 | Included in the bankruptcy of another person. Verify ECOA Code, Consumer Information Indicator, Account Status, and Current Balance. |
| 023 | Claims account closed. Verify Date Closed, Compliance Condition Code and Special Comment Code. |
| 024 | Claims account closed by consumer. Verify Compliance Condition Code and Date Closed. |
| 031 | Contract cancelled or rescinded. Verify Account Status. |
| 037 | Account included in bankruptcy. Verify Consumer Information Indicator, Account Status, Current Balance, Amount Past Due, Payment Rating, and Account History. |
| 038 | Claims active military duty. Verify Account Status, Payment Rating, Current Balance, Amount Past Due, Special Comment Code and Account History. |
| 039 | Insurance claim delayed. Verify Account History, Account Status, Payment Rating, Amount Past Due and Current Balance. |
| 040 | Account involved in litigation. Provide or confirm complete ID and verify all account information. |
| 041 | Claims Victim of Natural or Declared Disaster. Verify Account Status, Payment Rating, Special Comment Code, Current Balance, Amount Past Due and Account History. |
| 100 | Claims account deferred. Verify Specialized Payment Indicator and Deferred Payment Start Date. |
| 101 | Not liable for account (i.e. ex-spouse, business). If liable, provide or confirm complete ID and ECOA Code. |
| 102 | Account reaffirmed or not included in bankruptcy. Verify Consumer Information Indicator, Account Status, Payment Rating, Account History, and Current Balance. |
| 103 | Claims true identity fraud/account fraudulently opened. Provide or confirm complete ID. |
| 104 | Claims account take-over, fraudulent charges made on account. Verify Account Status, Payment Rating, Account History, Special Comment Code, and Current Balance. |
| 105 | Disputes Date of Last Payment/Date Opened/Date of First Delinquency/Date Closed. Verify all dates. |
| 106 | Disputes present/previous Account Status/Payment History Profile/Payment Rating. Verify Account History, Account Status, and Payment Rating. |
| 107 | Disputes Special Comment/Compliance Condition Code/Narrative Remarks. Verify Special Comment, Compliance Condition Code, and Account Type. |
| 108 | Disputes Account Type or Terms Duration/Terms Frequency or Portfolio Type. Verify Account Type, Terms Duration, Terms Frequency and Portfolio Type. |
| 109 | Disputes Current Balance, Original Loan Amount, Scheduled Monthly Payment Amount, Actual Payment Amount, Amount Past Due, or Original Charge-off Amount. Verify Original Loan Amount, Scheduled Monthly Payment Amount, Actual Payment Amount, Amount Past Due, Current Balance, and Original Charge-off amount. |
| 110 | Claims company will change. Verify all account information. |
| 111 | Claims company will delete. Verify all account information. |
| 112 | Consumer states inaccurate information. Provide or confirm complete ID and account information. |
| 704 | MRC USE ONLY<br>ATTN: Fraud Dept: Item blocked per valid copy of police report received confirming consumer is a victim of fraud |
| ** | Obsolete Code |

12. After selecting one of the 3-digit codes, the Defendants' agents send the code to the furnisher, Bellco, and ask them to verify the accuracy of the data.

13. Defendants train their agents to always copy the data furnisher's response. If the data furnisher responds accurate, Defendants will parrot that response and refuse to consider the consumer's proof documents.

14. In this case, each time the Defendants' agents sent the 3-digit code to Bellco, Bellco responded back that the information was accurate. Defendants failed and refused to read and consider the email that Bellco sent to Plaintiff that the information was inaccurate, which also put the Defendants on notice that Bellco was an unreliable furnisher.

15. Further, Defendants maintain internal scorecards and evaluations on data furnishers, and Bellco consistently scores as one of the worst furnishers.

## COUNT I, FAIR CREDIT REPORTING ACT (FCRA)

16. Plaintiff re-alleges and incorporates the above paragraphs as if fully set out herein.

17. Defendants negligently and willfully violated 15 U.S.C. § 1681i by failing to perform reasonable reinvestigations into Plaintiff's disputes, which included not reading or considering the Bellco email that confirmed that Plaintiff's dispute should be sustained, and blindly copying Bellco's response even though it was objectively unreasonable.

18. Defendants have been put on notice by several federal courts that parroting is an unreasonable reinvestigation as a matter of law, and yet, Defendants continue to engage in this practice in order to save the company money in the form of wages by not having to pay people to perform true investigations, as that term is defined in the dictionary.

19. As a result of the Defendant's violations of the FCRA, Plaintiff seeks actual damages, statutory damages, punitive damages, attorney fees and costs.

WHEREFORE, Plaintiff prays for the following relief:
   a. Actual damages to be determined at trial;
   b. Punitive damages to be determined at trial;

      c. Attorney Fees and costs if Plaintiff is the prevailing party at trial;
      d. For such other relief as may be proper.

s/ Matthew R. Osborne
11178 Huron St., Ste 7
Northglenn, CO 80234
(303) 759-7018
matt@mrosbornelawpc.com


*Attorney for Plaintiff*