IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore

Civil Action No. 23-cv-00362-RM-MDB

CHRISTOPHER ANTHONY SCHMIDT,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC,

    Defendants.

---

### ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION, LLC

---

This matter is before the Court on the Stipulation to Dismiss Defendant Trans Union, LLC with Prejudice (ECF No. 60). The Court, having reviewed the Stipulation and being fully advised, hereby ORDERS as follows:

Pursuant to Fed. R. Civ. P. 41(a)(2), the Plaintiff's claims and complaint against Defendant Trans Union, LLC only are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. Defendant Experian Information Solutions, Inc., remains in the case; and it is

**FURTHER ORDERED** that Defendant Trans Union, LLC's name shall be removed from the caption in all future filings with the Court.

DATED this 25th day of April, 2024.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge